1  RACHEL E. KAUFMAN (Cal. Bar No. 259353)
2  KAUFMAN P.A.
   237 S. Dixie Hwy, 4th Floor
3  Coral Gables, FL 33133
   Telephone: (305) 469-5881
4  rachel@kaufmanpa.com
5  *Counsel for Plaintiff and the putative Class*
6
7                UNITED STATES DISTRICT COURT
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
8
9  ROBIN TAYLOR, individually and on
   behalf of all others similarly situated,     Case No. 8:22-cv-00236-DOC-ADS
10
11                Plaintiff,                     **NOTICE OF VOLUNTARY
                                                DISMISSAL WITHOUT
12      v.                                       PREJUDICE**
13
   CLIENT PROTECTION GROUP
14 LLC,
15
                  Defendant.
16
17
18      Plaintiff Robin Taylor hereby gives notice of the dismissal of this action
19
   without prejudice, with each party to bear its own attorneys' fees and costs.
20
21                              Respectfully Submitted,
22
23 Dated: February 18, 2022     By:  */s/ Rachel E. Kaufman*
                                Rachel E. Kaufman (Cal Bar No. 259353)
24                              rachel@kaufmanpa.com
                                KAUFMAN P.A.
25                              237 S. Dixie Hwy, 4th Floor
                                Coral Gables, FL 33133
26                              Telephone: (305) 469-5881
                                *Attorney for Plaintiff and the putative Class*
27
28
                                    1
   NOTICE OF VOLUNTARY DISMISSAL
   *Taylor, et al. v. Client Protection Group LLC*